# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIR HOUSING COUNCIL OF CENTRAL CALIFORNIA, a California Not for Profit Corporation,<br><br><br>                    Plaintiff,<br><br>    v.<br><br><br>RUSSEL G. SMITH, INC., a California Corporation, and MILLER FAMILY L.L.C., a California Limited Liability Company,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

08-cv-1132 AWI GSA


ORDER GRANTING EXTENSION OF TIME TO ANSWER COMPLAINT

        Having considered the stipulation of the parties filed on September 29, 2008, and good cause appearing, the deadline for Defendants to file their Answer to the Complaint is extended until October 6, 2008.

        IT IS SO ORDERED.

**Dated:    September 30, 2008**            _/s/_ **Gary S. Austin**            
                                    UNITED STATES MAGISTRATE JUDGE

1