BRANCART & BRANCART
  Christopher Brancart (SBN 128475)
  Elizabeth Brancart (SBN 122092)
  Liza Cristol-Deman (SBN 190516)
Post Office Box 686
Pescadero, CA 94060
Tel:   (650) 879-0141
Fax:   (650) 879-1103
cbrancart@brancart.com
ebrancart@brancart.com
lcristoldeman@brancart.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIR HOUSING COUNCIL OF CENTRAL CALIFORNIA, a California Not For Profit Corporation,<br><br>             Plaintiff,<br><br>     vs.<br><br>RUSSELL G. SMITH, INC., a California Corporation, and MILLER FAMILY LLC, a California Limited Liability Company,<br><br>             Defendants. | Case No. 1:08-CV-01132-AWI-GSA<br><br>NOTICE OF CASE SETTLEMENT AND REQUEST FOR ISSUANCE OF ORDER VACATING CASE MANAGEMENT CONFERENCE; ORDER |

The parties, by and through their counsel of record, hereby give notice that they have reached a settlement of the entire case.  The parties intend to file a proposed consent decree and stipulated dismissal disposing of all claims as to all parties, within 30 days.

In light of the settlement, the parties respectfully request that the Court vacate

///

///

///

NOTICE OF CASE SETTLEMENT AND REQUEST FOR ISSUANCE OF ORDER VACATING CASE MANAGEMENT CONF; [PROPOSED] ORDER – Case No. 1:08-CV-01132-AWI-GSA

1

1 the initial case management conference, currently set for November 6, 2008.  A
2 proposed order vacating the conference is attached hereto.
3      Dated:   October 22, 2008.

Respectfully submitted,

BRANCART & BRANCART


/s/ Liza Cristol-Deman
Liza Cristol-Deman
Attorneys for Plaintiff


Gilmore, Wood, Vinnard & Magness


/s/ William Leifer (as authorized on 10/22/08)
William Leifer
Attorneys for Defendants

**NOTICE OF CASE SETTLEMENT AND REQUEST FOR ISSUANCE OF ORDER VACATING CASE MANAGEMENT CONF; [PROPOSED] ORDER – Case No. 1:08-CV-01132-AWI-GSA**

1 **PROPOSED ORDER**

2   Based on the notice of case settlement filed by the parties, the Court hereby
3 vacates the case management conference set for November 6, 2008. The parties are
4 directed to file their final settlement documents no later than 30 days from today.
5 IT IS SO ORDERED.

6 **Dated:   October 22, 2008**             /s/ Anthony W. Ishii
                                             CHIEF UNITED STATES DISTRICT JUDGE

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**NOTICE OF CASE SETTLEMENT AND REQUEST FOR ISSUANCE OF ORDER VACATING CASE MANAGEMENT CONF; [PROPOSED] ORDER – Case No. 1:08-CV-01132-AWI-GSA**

3