BRANCART & BRANCART
  Christopher Brancart (SBN 128475)
  Elizabeth Brancart (SBN 122092)
  Liza Cristol-Deman (SBN 190516)
Post Office Box 686
Pescadero, CA 94060
Tel:   (650) 879-0141
Fax:   (650) 879-1103
cbrancart@brancart.com
ebrancart@brancart.com
lcristoldeman@brancart.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FAIR HOUSING COUNCIL OF CENTRAL CALIFORNIA, a California Not For Profit Corporation,**<br><br>   **Plaintiff,**<br><br>  vs.<br><br>**RUSSELL G. SMITH, INC., a California Corporation, and MILLER FAMILY LLC, a California Limited Liability Company,**<br><br>   **Defendants.** | Case No. 1:08-CV-01132-AWI-GSA<br><br>JOINT APPLICATION AND STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO CONSENT DECREE AND FINAL ORDER; ORDER |

  The parties hereby apply for and stipulate to issuance of an order dismissing this action in its entirety with prejudice, subject to the terms of the consent decree and final

///
///
///
///
///
///

JOINT APPLICATION AND STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO CONSENT DECREE AND FINAL ORDER; ORDER - CASE NO. 1:08-CV-01132-AWI-GSA

1

1 | order filed by the parties.
2 |     So stipulated.
3 |                                   BRANCART & BRANCART
4 | Dated: November 14, 2008.

/s/ Liza Cristol-Deman
Liza Cristol-Deman
Attorney for Plaintiff

                                  GILMORE, WOOD, VINNARD & MAGNESS

Dated: November 14, 2008.

/s/ William Leifer (as authorized on 11/14/08)
William Leifer
Attorneys for Defendants

JOINT APPLICATION AND STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO
CONSENT DECREE AND FINAL ORDER; ORDER - CASE NO. 1:08-CV-01132-AWI-GSA

1 **ORDER**

2 Based upon the foregoing application and stipulation and good cause appearing
3 therefor, it is hereby ordered that this action is dismissed in its entirety, subject to the
4 terms of the consent decree and final order and mutual release executed by the parties.

6 IT IS SO ORDERED.

7 Dated:   **November 18, 2008**          **/s/ Anthony W. Ishii**
                                          CHIEF UNITED STATES DISTRICT JUDGE

JOINT APPLICATION AND STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO
CONSENT DECREE AND FINAL ORDER; ORDER - CASE NO. 1:08-CV-01132-AWI-GSA

3