BRANCART & BRANCART
 Christopher Brancart (SBN 128475)
 Elizabeth Brancart (SBN 122092)
 Liza Cristol-Deman (SBN 190516)
Post Office Box 686
Pescadero, CA 94060
Tel:   (650) 879-0141
Fax:   (650) 879-1103
cbrancart@brancart.com
ebrancart@brancart.com
lcristoldeman@brancart.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIR HOUSING COUNCIL OF CENTRAL CALIFORNIA, a California Not For Profit Corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>RUSSELL G. SMITH, INC., a California Corporation, and MILLER FAMILY LLC, a California Limited Liability Company,<br><br>            Defendants. | Case No. 1:08-CV-01132-AWI-GSA<br><br>**CONSENT DECREE AND FINAL ORDER** |

This action was brought by plaintiff alleging that defendants violated the federal Fair Housing Act, 42 U.S.C. section 3601 *et seq.* and related state laws by discriminating against African Americans on the basis of race or color in connection with the ownership and operation of the Spruce Pointe Apartments, located at 2059 East Spruce Avenue in Fresno, California ("Spruce Pointe Apartments").  There has been no adjudication or findings of fact based on the allegations made in the complaint, and defendants have denied that they discriminated or otherwise violated any of the laws alleged by plaintiff.

The parties have agreed that in order to avoid protracted and costly litigation, the

controversy should be resolved without a trial or adjudication on the merits and therefore have consented to entry of this decree and order.  By entering into this consent decree and final order ("Order"), defendants make no admission of liability or wrongdoing in connection with the allegations and claims made by plaintiff.

It is hereby ordered, adjudged and decreed that:

**Monetary Payments**

1. Defendants shall make a payment to plaintiff in the amount of $10,000 (ten thousand dollars) as compensation for plaintiff's diversion of resources and frustration of mission incurred in connection with this matter;

2. Defendant shall make a further payment to plaintiff in the amount of $11,461 (eleven thousand four hundred sixty-one dollars) to compensate plaintiff for its attorneys' attorneys' fees and costs incurred in this matter;

3. The payments specified in paragraphs 1 and 2, above, shall be made payable to the Attorney-Client Trust Account of Brancart & Brancart, and delivered to plaintiff's counsel no later than 14 days following the entry of this Order.

**Mutual Release**

4. Plaintiff and defendants shall execute a Mutual Release indicating that this consent decree and final order constitutes a full and final settlement of any and all claims that they have related to the subject matter of this lawsuit.  That Mutual Release shall include a waiver of all known and unknown claims and a waiver of the rights of all parties under California Civil Code section 1542.

**Equitable Terms**

5. Defendants, their employees, agents and all others acting on their behalf in connection with the Spruce Pointe Apartments shall comply with the following terms during the duration of this order:

    a. Defendants shall comply with all federal and state housing discrimination laws, including but not limited to the Fair Housing Act, the California Fair Employment and Housing Act, and the federal regulations implementing

CONSENT DECREE AND FINAL ORDER – Case No. 1:08-CV-01132-AWI-GSA

2

1          the Fair Housing Act located at 24 C.F.R. section 100 *et seq.*;

2     b.    Defendants shall provide a copy of the HUD pamphlet entitled "Are you
3          the victim of housing discrimination?" (HUD official form 903.1) to all
4          prospective and current tenants;[1]

5     c.    Defendants shall display a fair housing poster (HUD official form 928) in a
6          conspicuous location in the manager's office or another common area of
7          the Spruce Pointe Apartments;

8     d.    Defendants shall place an advertisement or notice for each vacancy to be
9          filled at the Spruce Pointe Apartments in a publication of general
10         availability which shall include the statement, "We're a Fair Housing
11         Provider," or words to that effect;

12    e.    Defendants shall attend and pay for attending a fair housing training within
13         60 days of the issuance of this Order, and again once per year for two
14         additional years. Each training session shall be conducted by the Fair
15         Housing Council of Central California at a mutually convenient date, time
16         and location;

17    g.    Defendants shall keep copies of all rental documents, including
18         applications, supporting documentation, rental agreements, rules, notices,
19         and eviction related documents for a period of not less than three years.

20                               * * * * * *

21    6.    This Order shall be in effect for a period of three years from the date of
22 entry and the Court shall retain jurisdiction for purposes of enforcement. This Order will
23 terminate at the end of the three-year period.

24    7.    The parties agree to provide at least 30 days notice and an opportunity to
25 cure in the event that a dispute arises or a violation of this Order is suspected before
26 filing any action to enforce. The parties further agree that they will exhaust good faith

---

28     [1] Copies of the HUD publications referenced herein are available by calling HUD at (800) 669-9777, or on HUD's website, located at www.hud.gov.

**CONSENT DECREE AND FINAL ORDER – Case No. 1:08-CV-01132-AWI-GSA**

3

mediation attempts before requesting the assistance of the Court in resolving any disputes that arise under the terms of this order.

Approved as to content and form:

BRANCART & BRANCART

/s/ Liza Cristol-Deman

Liza Cristol-Deman

Attorneys for Plaintiff


GILMORE, WOOD, VINNARD & MAGNESS

/s/ William Leifer (as authorized on 11/14/08)

William Leifer

Attorneys for Defendants

# ORDER

IT IS SO ORDERED.

**Dated:   December 1, 2008**                    /s/ **Anthony W. Ishii**
                                                              CHIEF UNITED STATES DISTRICT JUDGE

**CONSENT DECREE AND FINAL ORDER** – Case No. 1:08-CV-01132-AWI-GSA

**4**